UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Maria Galvan Guerra
                Plaintiff,

v.                           Case No.: 1:25−cv−14621
                                Honorable Jorge L. Alonso

Sam Olson, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 5, 2025:

      MINUTE entry before the Honorable Jorge L. Alonso: The Court grants Petitioner's petition for a writ of habeas corpus [1]. As this Court and others in this district have explained in detail, noncitizens who have resided in the United States for a period of time are not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and Respondents' jurisdictional arguments are not convincing. See, e.g., Martinez v. Noem, No. 25−CV−12029, 2025 WL 3145103 (N.D. Ill. Nov. 11, 2025); Ponce v. Olson, No. 25−CV−13037, 2025 WL 3049785 (N.D. Ill. Oct. 31, 2025); Miguel v. Noem, No. 25−CV−11137, 2025 WL 2976480, at (N.D. Ill. Oct. 21, 2025). And Respondents concede that this case "is not distinguishable from [these cited cases] in any material respect." [7] at 2. The Court thus orders Petitioner's immediate release. The Court further orders that Respondents provide Petitioner with a bond hearing within 14 days, at which Respondents will have the burden to show by clear and convincing evidence that Petitioner poses a danger to the community or poses a risk of flight such that detention is necessary. The Court enjoins Respondents from denying bond on the basis that 8 U.S.C. § 1225(b)(2) applies to her. Civil case is terminated with full leave to reinstate by Petitioner if Respondents fail to comply with this order. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.